```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

v.                  Case No. 2:07cr20005-001

STACY LADON BROWN                                     DEFENDANT

## ORDER

On August 19, 2008, the Court sentenced Defendant to 155 months imprisonment for possession with intent to distribute crack cocaine. (Doc. 27). Defendant's sentence included a $100.00 special assessment and a $3,000.00 fine. (Doc. 27). Currently before the Court is a motion by Defendant to suspend payment of his until he is released from prison or can get a job making more money within the prison system (Doc. 50). Also before the Court is the Government's Response (Docs. 51-52). Defendant states he previously sent two similar requests to the Court to which he received no response. This is the first correspondence the Court has received from Defendant requesting a suspension of his fine.

Title 18, section 3572 of the United States Code governs the imposition of a sentence of a fine. It states, in pertinent part:

> Notwithstanding the fact that a sentence to pay a fine can subsequently be --
>
>> (1) modified or remitted under section 3573;
>>
>> (2) corrected under rule 35 of the Federal Rules

>of Criminal Procedure and section 3742; or
>
>>(3) appealed and modified under section 3742;
>
>a judgment that includes such a sentence is a final
>judgment for all other purposes.

18 U.S.C. § 3572(c).

In order to be modified or remitted under section 3573, the Government must petition the Court.  18 U.S.C. § 3573.  The Government has filed no such petition and, further, has filed a response objecting to any suspension of Defendant's fine.  Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion.  Neither situation exists in this case.  Finally, for a sentence to be modified under section 3742, a notice of appeal must be timely filed in the district court.  18 U.S.C. § 3742.  Defendant's appeal remains pending in the Eighth Circuit Court of Appeals.

None of the reasons for modifying a fine are present in this case, and Defendant has been making payments toward his fine.  Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED this 17th day of December 2009.

>>>>/s/ Robert T. Dawson
>>>>Honorable Robert T. Dawson
>>>>United States District Judge