```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                         PLAINTIFF/RESPONDENT

    v.        CASE NO. 2:07CR20005
                      2:11CV02084

STACY LADON BROWN                                         DEFENDANT

### ORDER

Now on this 10th day of August 2011, there comes on for consideration the Report and Recommendation filed herein on July 18, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 68). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 61) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge