AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the

Western ____ District of ____ Arkansas ____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   2:07CR20005-001 ____ |
| Stacy Ladon Brown | ) |
| | ) USM No:   04700-063 ____ |
| Date of Original Judgment:          August 19, 2008 | ) |
| Date of Previous Amended Judgment: ____ | ) Pro Se ____ |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of  _____ months **is reduced to**  _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 8 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          12/08/2011 ____

_____
Judge's signature

Effective Date: ____
*(if different from order date)*

Honorable Robert T. Dawson U.S. District Judge ____
*Printed name and title*